IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SCOTT CLUFF,

    Plaintiff,

v.

JACK WALTERS & SONS CORP.,

    Defendant.

Case No. C2 05 0033

Honorable George C. Smith

Magistrate Judge Terence P. Kemp

## DISMISSAL ENTRY

Pursuant to agreement of the parties, it is hereby ORDERED that the within action be, and all claims asserted therein are hereby, dismissed with prejudice. Each Party to bear its own costs.

IT IS SO ORDERED.

_____
George C. Smith,
United States District Judge

*APPROVED:*

_____
William J. O'Malley (0056091)
Carla E. Oglesbee (0070896)
O'Malley & Oglesbee
4591 Indianola Avenue
Columbus, OH 43214
Phone: (614) 262-8360
Fax: (614) 262-5732

*Trial Counsel for Plaintiff*

_____
Thomas M. L. Metzger (0059694)
LITTLER MENDELSON, P.C.
21 East State Street, Suite 1600
Columbus, OH  43215
Phone: (614) 463-4201
Fax: (614) 221-3301

*Trial Attorney for Defendant*

Firmwide:80982397.1 049616.1002